UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 24-2184, 24-2185, 24-2189, 24-2194, 24-2202, 24-2203, 24-2256, & 24-2257

In re: Lipitor Antitrust Litigation

**ORDER**

The Retailer Plaintiffs and Direct Purchaser Plaintiffs filed six appeals (Nos. 24-2184, 24-2185, 24-2189, 24-2194, 24-2202, & 24-2203) that were previously consolidated.

Later, the End Payor Plaintiffs filed two appeals (Nos. 24-2256 & 24-2257), which were consolidated together for all purposes. They are now further consolidated with the Retailer Plaintiffs' and Direct Purchaser Plaintiffs' appeals so that all eight appeals are consolidated for purposes of scheduling, the joint appendix, the appellees' response brief, and disposition.

The appellants are encouraged to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. The appellants may file a consolidated brief or join in or adopt portions by reference. See Fed. R. App. P. 28(i).

The parties are hereby directed to electronically file documents on the Court's docket as follows:

Appellants: All case opening forms, motions, and briefs must be filed only in the appeal number assigned to the filer's notice of appeal. If a document is being filed jointly by multiple appellants, the document must be filed in the appeal numbers assigned to the filing appellants.

Appellees: All case opening forms must be filed in all appeals in which the appellee intends to participate. All motions should be filed only in those cases for which the relief is being requested. Appellee's consolidated brief must be filed in all appeals to which the appellee is responding.

The consolidated joint appendix must be filed in all appeal numbers.

The parties are advised that failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.


For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: August 1, 2024
Amr/cc: All counsel of record